B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Western District of Virginia** | **Voluntary Petition** |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rubatex International, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-1437817** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**906 Adams Street**<br>**Bedford, VA**<br>ZIP Code **24523** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**City of Bedford** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

### Tax-Exempt Entity
(Check box, if applicable)
☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which
the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."
■ Debts are primarily
business debts.

### Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the
debtor is unable to pay fee except in installments. Rule 1006(b). See Official
Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| B1 (Official Form 1)(4/10) | Page 2 |
|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Rubatex International, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) **Page 3**

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Rubatex International, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ W. Joel Charboneau**
Signature of Attorney for Debtor(s)

**W. Joel Charboneau 68025**
Printed Name of Attorney for Debtor(s)

**Magee Goldstein Lasky & Sayers, P.C.**
Firm Name

**Post Office Box 404**
**Roanoke, VA 24003-0404**
Address

**540-343-9800  Fax: 540-343-9898**
Telephone Number

**September 15, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Dominik Menakker**
Signature of Authorized Individual

**Dominik Menakker**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**September 15, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Virginia

In re    **Rubatex International, LLC** _____     Case No. _____
                                    Debtor(s)              Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **DMG Menakker & Gutske GmbH**<br>**Heide 37**<br>**D-51399 Burscheid**<br>**GERMANY** | **DMG Menakker & Gutske GmbH**<br>**Heide 37**<br>**D-51399 Burscheid**<br>**GERMANY** | **Trade Debt and Lease Obligations** | | **Unknown** |
| **City of Bedford, Virginia**<br>**c/o B. Webb King, Esq.**<br>**P.O. Box 14125**<br>**Roanoke, VA 24038** | **City of Bedford, Virginia**<br>**c/o B. Webb King, Esq.**<br>**P.O. Box 14125**<br>**Roanoke, VA 24038** | **Utilities and Taxes** | | **Unknown** |
| **Watts Petroleum Corp.**<br>**P.O. Box 11968**<br>**Lynchburg, VA 24506** | **Watts Petroleum Corp.**<br>**P.O. Box 11968**<br>**Lynchburg, VA 24506** | **Trade Debt** | | **Unknown** |
| **Numho Mexico** | **Numho Mexico** | **Trade Debt** | | **Unknown** |
| **Kohl Marketing**<br>**1103 Bombay Lane**<br>**Roswell, GA 30076** | **Kohl Marketing**<br>**1103 Bombay Lane**<br>**Roswell, GA 30076** | **Services Rendered** | | **Unknown** |
| **McLeod and Company**<br>**410 First Street**<br>**Roanoke, VA 24011** | **McLeod and Company**<br>**410 First Street**<br>**Roanoke, VA 24011** | **Services Rendered** | | **Unknown** |
| **Virginia Department of Taxation**<br>**OCC/Bankruptcy**<br>**P.O. Box 2156**<br>**Richmond, VA 23218** | **Virginia Department of Taxation**<br>**OCC/Bankruptcy**<br>**P.O. Box 2156**<br>**Richmond, VA 23218** | **Taxes** | | **Unknown** |
| **Internal Revenue Service**<br>**P. O. Box 21126**<br>**Philadelphia, PA 19114** | **Internal Revenue Service**<br>**P. O. Box 21126**<br>**Philadelphia, PA 19114** | **Taxes** | | **Unknown** |
| **Estes Express Lines**<br>**3901 West Broad Street**<br>**Richmond, VA 23230** | **Estes Express Lines**<br>**3901 West Broad Street**<br>**Richmond, VA 23230** | **Trade Debt** | **Contingent Unliquidated Disputed** | **Unknown** |
| **Christian & Barton, LLP**<br>**c/o Michael D. Mueller**<br>**909 East Main Street, Suite 1200**<br>**Richmond, VA 23219-3095** | **Christian & Barton, LLP**<br>**c/o Michael D. Mueller**<br>**909 East Main Street, Suite 1200**<br>**Richmond, VA 23219-3095** | **Legal Services** | | **Unknown** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Rubatex International, LLC**                                                    Case No. _____
                                                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **H.B. Chemical, Inc.**<br>**140 E. Ascot Lane**<br>**Cuyahoga Falls, OH 44223** | **H.B. Chemical, Inc.**<br>**140 E. Ascot Lane**<br>**Cuyahoga Falls, OH 44223** | **Trade Debt** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **Unknown** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____        Signature _____
                                                                  **Dominik Menakker**
                                                                  **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court

### Western District of Virginia

In re    **Rubatex International, LLC** _____,    Case No. _____

                                                      Debtor

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Virginia Rubber Investment Corp.**<br>**906 Adams Street**<br>**Bedford, VA 24523** | **All** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____**September 15, 2010**_____        Signature_**/s/ Dominik Menakker**_____

                                                      **Dominik Menakker**

                                                      **Manager**

    _Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

_0_____ continuation sheets attached to List of Equity Security Holders

Rubatex International, LLC -


CHRISTIAN & BARTON, LLP
C/O MICHAEL D. MUELLER
909 EAST MAIN STREET, SUITE 1200
RICHMOND, VA 23219-3095


CITY OF BEDFORD, VIRGINIA
C/O B. WEBB KING, ESQ.
P.O. BOX 14125
ROANOKE, VA 24038


CROSSROADS DEBT LLC
250 ROYAL PALM WAY, SUITE 201
PALM BEACH, FL 33480


CSNK WORKING CAPITAL FINANCE CORP.
2121 SOUTH EL CAMINO REAL STE B-100
SAN MATEO, CA 94403-1897


DMG MENAKKER & GUTSKE GMBH
HEIDE 37
D-51399 BURSCHEID
GERMANY


ESTES EXPRESS LINES
3901 WEST BROAD STREET
RICHMOND, VA 23230


H.B. CHEMICAL, INC.
140 E. ASCOT LANE
CUYAHOGA FALLS, OH 44223


INTERNAL REVENUE SERVICE
P. O. BOX 21126
PHILADELPHIA, PA 19114


KOHL MARKETING
1103 BOMBAY LANE
ROSWELL, GA 30076


MCLEOD AND COMPANY
410 FIRST STREET
ROANOKE, VA 24011

Rubatex International, LLC -


MICHAEL E. HASTINGS, ESQ.
LECLAIR RYAN, PC
1800 WACHOVIA TOWER, DRAWER 1200
ROANOKE, VA 24006


NUMHO MEXICO


STELLAR ONE BANK
C/O T. HENRY CLARKE IV, ESQ.
311 W. MAIN STREET
BEDFORD, VA 24523


SUMMIT FINANCIAL RESOURCES, LP
2455 EAST PARLEYS WAY
SALT LAKE CITY, UT 84109


US CAPITAL PARTNERS, INC.
250 MONTGOMERY STREET, STE. 1200
SAN FRANCISCO, CA 94104


VIRGINIA DEPARTMENT OF TAXATION
OCC/BANKRUPTCY
P.O. BOX 2156
RICHMOND, VA 23218


WATTS PETROLEUM CORP.
P.O. BOX 11968
LYNCHBURG, VA 24506

# United States Bankruptcy Court
## Western District of Virginia

In re    **Rubatex International, LLC**
_____    Case No.  _____

                                         Debtor(s)    Chapter    **11**    _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Rubatex International, LLC**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Virginia Rubber Investment Corp.**
**906 Adams Street**
**Bedford, VA 24523**


☐ None [*Check if applicable*]


**September 15, 2010**
_____
Date

**/s/ W. Joel Charboneau**
_____
**W. Joel Charboneau**
Signature of Attorney or Litigant
Counsel for  __**Rubatex International, LLC**__
**Magee Goldstein Lasky & Sayers, P.C.**
**Post Office Box 404**
**Roanoke, VA 24003-0404**
**540-343-9800 Fax:540-343-9898**

# United States Bankruptcy Court
## Western District of Virginia

| In re | **Rubatex International, LLC** | | Case No. | |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **11** |

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Dominik Menakker**, declare under penalty of perjury that I am the **manager of Rubatex International, LLC and President of Virginia Rubber Investment Corp., owner** of **Rubatex International, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **15** day of **September**, 20**10**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Dominik Menakker, manager of Rubatex International, LLC and President of Virginia Rubber Investment Corp., owner** of **Rubatex International, LLC**, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Dominik Menakker, manager of Rubatex International, LLC and President of Virginia Rubber Investment Corp., owner** of **Rubatex International, LLC** is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Dominik Menakker, manager of Rubatex International, LLC and President of Virginia Rubber Investment Corp., owner** of **Rubatex International, LLC** is authorized and directed to employ **W. Joel Charboneau,** attorney and the law firm of **Magee Goldstein Lasky & Sayers, P.C.** to represent the corporation in such bankruptcy case."

| Date | _____ | Signed | **/s/ Dominik Menakker** |
|---|---|---|---|
| | | | **Dominik Menakker** |

### Resolution of Board of Directors
of
**Rubatex International, LLC**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Dominik Menakker, President and sole owner of Virginia Rubber Investment Corp., owner** of **Rubatex International, LLC,** is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Dominik Menakker, President and sole owner of Virginia Rubber Investment Corp., owner** of **Rubatex International, LLC** is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Dominik Menakker, President and sole owner of Virginia Rubber Investment Corp., owner** of **Rubatex International, LLC** is authorized and directed to employ **W. Joel Charboneau**, attorney and the law firm of **Magee Goldstein Lasky & Sayers, P.C.** to represent the corporation in such bankruptcy case.


Date  September 15, 2010 _____        Signed _____
                                                        **Dominik Menakker**