B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Virginia

In re   **Rubatex International, LLC** _____   Case No. _____

Debtor(s)   Chapter   **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| _Name of creditor and complete mailing address including zip code_ | _Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | _Nature of claim (trade debt, bank loan, government contract, etc.)_ | _Indicate if claim is contingent, unliquidated, disputed, or subject to setoff_ | _Amount of claim [if secured, also state value of security]_ |
| DMG Menakker & Gutske GmbH<br>Heide 37<br>D-51399 Burscheid<br>GERMANY | DMG Menakker & Gutske GmbH<br>Heide 37<br>D-51399 Burscheid<br>GERMANY | Trade Debt and Lease Obligations | | Unknown |
| City of Bedford, Virginia<br>c/o B. Webb King, Esq.<br>P.O. Box 14125<br>Roanoke, VA 24038 | City of Bedford, Virginia<br>c/o B. Webb King, Esq.<br>P.O. Box 14125<br>Roanoke, VA 24038 | Utilities and Taxes | | Unknown |
| Watts Petroleum Corp.<br>P.O. Box 11968<br>Lynchburg, VA 24506 | Watts Petroleum Corp.<br>P.O. Box 11968<br>Lynchburg, VA 24506 | Trade Debt | | Unknown |
| Numho Mexico | Numho Mexico | Trade Debt | | Unknown |
| Kohl Marketing<br>1103 Bombay Lane<br>Roswell, GA 30076 | Kohl Marketing<br>1103 Bombay Lane<br>Roswell, GA 30076 | Services Rendered | | Unknown |
| McLeod and Company<br>410 First Street<br>Roanoke, VA 24011 | McLeod and Company<br>410 First Street<br>Roanoke, VA 24011 | Services Rendered | | Unknown |
| Virginia Department of Taxation<br>OCC/Bankruptcy<br>P.O. Box 2156<br>Richmond, VA 23218 | Virginia Department of Taxation<br>OCC/Bankruptcy<br>P.O. Box 2156<br>Richmond, VA 23218 | Taxes | | Unknown |
| Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA 19114 | Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA 19114 | Taxes | | Unknown |
| Estes Express Lines<br>3901 West Broad Street<br>Richmond, VA 23230 | Estes Express Lines<br>3901 West Broad Street<br>Richmond, VA 23230 | Trade Debt | Contingent Unliquidated Disputed | Unknown |
| Christian & Barton, LLP<br>c/o Michael D. Mueller<br>909 East Main Street, Suite 1200<br>Richmond, VA 23219-3095 | Christian & Barton, LLP<br>c/o Michael D. Mueller<br>909 East Main Street, Suite 1200<br>Richmond, VA 23219-3095 | Legal Services | | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re    **Rubatex International, LLC**                                    Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| H.B. Chemical, Inc.<br>140 E. Ascot Lane<br>Cuyahoga Falls, OH 44223 | H.B. Chemical, Inc.<br>140 E. Ascot Lane<br>Cuyahoga Falls, OH 44223 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | Unknown |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **September 15, 2010**                    Signature    **/s/ Dominik Menakker**
                                                                **Dominik Menakker**
                                                                **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy