**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| In Re:  RUBATEX INTERNATIONAL, LLC | Case No.  10-62642 |
|---|---|
| Debtor(s) | Chapter 11 |

**NOTICE OF STATUS HEARING**

All creditors and parties in interest are hereby notified, and shall take due notice thereof, that a status hearing in this case will be held on December 16, 2010, at 10:00 a.m., at the U.S. Courthouse, Room 210, 1101 Court Street, Lynchburg, Virginia  24504.

Service of a copy of this notice shall be made by mail to the debtor(s), the attorney for the debtor, the trustee, if any, and all creditors and parties in interest.

Date: September 16, 2010           For the Court:

                                    JOHN W. L. CRAIG, II, CLERK