UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:                                   )
                                         )        Chapter 11
RUBATEX INTERNATIONAL, INC.,             )        Case Number 10-62642
_____  )

### ORDER CLARIFYING THE SCOPE OF THE AUTOMATIC STAY

The matter before the Court is the above-referenced Debtor's Emergency Motion to Clarify the Scope of the Automatic Stay (the "Motion").  Having reviewed the pleading and conducted an emergency hearing, the Court finds that: (i) the Debtor filed a voluntary bankruptcy on September 15, 2010; (ii) the automatic stay was invoked on the filing of the bankruptcy; (iii) the automatic stay prevents the continuation of collection actions such as the action that led to the locking of the Debtor's facility by the Bedford Sheriff's Department; and (iv) the locks must be removed to comply with the automatic stay.  It is accordingly,

ORDERED

that the Bedford County Sheriff's Department shall remove the locks from the gates to the Debtor's facility on or before 10:00 a.m. on September 17, 2010; and it is further

ORDERED

that representatives of the Bedford County Sheriff's Department or the City of Bedford may be present at the Debtor's facility at the time of entry.

The Clerk is directed to send electronic notification of the entry of this Order to

W. Joel Charboneau, counsel for the Debtor, who shall serve copies on the City of

Bedford, the Bedford Sheriff, and the County of Bedford.

ENTERED:  September 16, 2010

UNITED STATES BANKRUPTCY JUDGE

REQUESTED:
Rubtax International, LLC

By: /s/ W. Joel Charboneau
W. Joel Charboneau (VSB #68025)
Magee Goldstein Lasky & Sayers, P.C.
PO Box 404
Roanoke, VA 24003
540-343-9800
540-343-9898 (F)
jcharboneau@mglspc.com


SEEN AND NOT OBJECTED TO:

CITY OF BEDFORD
By: /s/  B. Webb King
B. Webb King (VSB #47044)
Woods Rogers PLC
10 South Jefferson Street, Suite 1400
Roanoke, Virginia 24011
wking@woodsrogers.com

{#1378133-1, 999-999}